**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| SCOTT A. THOMAS | : | |
| Debtor | : | Bky. No. 11-15853 ELF |

# ORDER DISMISSING CHAPTER 13 CASE

**AND NOW**, the Debtor having filed a Notice of Dismissal (which shall be treated as a Motion to Dismiss Case under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), and the court has considered the record, and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: May 20, 2016**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE